IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BETTY CAITLIN NICOLE SMITH,**

    **Plaintiff,**
**v.**                                      **Case No. 4:17cv369-MW/CAS**

**EDWIN BAILEY BROWNING, III,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on October 24, 2017.**

                                                            **s/Mark E. Walker           **
                                                            **United States District Judge**